IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHONY R. JOHNSON, SR., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-cv-686-O |
| TARRANT COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants Garcia and Moreno's Emergency Motion to Extend Time Hearing Date filed August 21, 2024. (ECF No. 17). The parties jointly seek a one business day extension due a prearranged scheduling conflict. Finding good cause, the Court **GRANTS** the parties' motion.

The Court **ORDERS** a hearing regarding Defendants' Partially Agreed Motion to Stay in light of Parallel Criminal Proceedings. (ECF No. 6). To expedite resolution of the contested issues and avoiding scheduling conflicts, the Court sets an in-person hearing on **Monday, August 26, 2024,** at **8:30 am** to discuss this motion. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**. Counsel for both sides are hereby **ORDERED** to appear at the hearing set above.

**SO ORDERED** on this **21st day** of **August, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE