**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **ANTHONY R. JOHNSON, SR.**, *et al.*, § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **TARRANT COUNTY, TEXAS,** *et al.*, § <br> § <br> **Defendants.** § <br> § | Civil Action No. 4:24-cv-686-O |

## ORDER

Before the Court is Defendants Garcia and Moreno's Motion to Stay in Light of Parallel Criminal Proceedings. (ECF No. 6). The Court held a hearing regarding the motion on August 26, 2024. (ECF No. 18) Based on the representations made at the hearing by the parties, the Court **GRANTS** a stay of the case as it relates to Defendants Rafael Moreno and Joel Garcia. The case against these two defendants are stayed and both are excused from engaging in discovery and filing an answer pending further order from the Court.

**SO ORDERED** on this **26th day** of **August, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**