IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANTHONY R. JOHNSON, SR., *et al.*, § § **Plaintiffs,** § § v. § § TARRANT COUNTY, TEXAS, *et al.*, § § **Defendants.** § § | Civil Action No. 4:24-cv-686-O |

## FINAL JUDGMENT AS TO CERTAIN DEFENDANTS

Consistent with the memorandum opinion and order signed this date, the claims of Plaintiffs, Anthony R. Johnson, Sr., Jacqualyne Y. Johnson, and the Estate of Anthony Johnson, Jr., against Defendants Tarrant County, Jevon Stubbs, Steven Gil, Kyle Longo, David Pitcock, Robert Russ, and Kimberly Nobles are **DISMISSED**.

**SO ORDERED** on this **7th day** of **February, 2025**.

*/s/ Reed O'Connor*
Reed O'Connor
UNITED STATES DISTRICT JUDGE