IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANTHONY R. JOHNSON, SR., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-686-O |
| | § | |
| TARRANT COUNTY, TEXAS, et al., | § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiffs Anthony R. Johnson, Sr. and Jacqualyne Y. Johnson, individually and on behalf of the Estate of Anthony R. Johnson, Jr., deceased, file this notice of their intent to appeal (1) the Court's February 7, 2025 Final Judgment as to Certain Defendants (Dkt. 112) and (2) the Court's April 3, 2025 Final Judgment as to Defendant Sanchez (Dkt. 134) to the United States Court of Appeals for the Fifth Circuit.

As a part of this appeal, Plaintiffs give further notice of their intent to appeal the following orders, which were the basis for, related to, or which led to the Court's Final Judgments referenced above:

1. December 18, 2024 Order Granting Defendant Kimberly Nobles's Motion to Stay Pursuant to *Carswell* and Brief in Support (Dkt. 94);

2. January 14, 2025 Order Denying Plaintiff's Motion for Leave to Conduct Limited Discovery and Motion for Continuance of Defendant Hollie's Motion for Summary Judgment Asserting Qualified Immunity (Dkt. 110);

3. February 7, 2025 Memorandum Opinion and Order (Dkt. 111) dismissing the claims against Defendants Tarrant County, Texas, Jevon Stubbs, Steven Gil, Kyle Longo, David Pitcock, Robert Russ, and Kimberly Nobles;

4. April 3, 2025 Order (Dkt. 132) Denying Motion for Reconsideration and for Leave to Amend; and

5. April 3, 2025 Order (Dkt. 133) Granting Defendant Angel Sanchez's Motion for Judgment on the Pleadings, which also reaffirmed the Court's denial of Plaintiffs' Motion for Leave to Amend.

Plaintiffs' notice is timely as to the February 7, 2025 Final Judgment as to Certain Defendants (Dkt. 112) as it is being filed within thirty (30) days of the date, April 3, 2025, the Court entered its Order Denying Motion for Reconsideration and for Leave to Amend. *See* Fed. R. App. P. 4(a)(4)(A).

Plaintiffs' notice is timely as to the April 3, 2025 Final Judgment as to Defendant Sanchez (Dkt. 134) as it is being filed within thirty (30) days of the date the Court entered that Final Judgment. *See* Fed. R. App. P. 4(a)(1)(A).

                          Respectfully submitted,

By: */s/ Daryl K. Washington*
      **Daryl K. Washington**
      State Bar No. 24013714
      dwashington@dwashlawfirm.com
      WASHINGTON LAW FIRM, PC
      325 N. St. Paul St., Suite 3950
      Dallas, Texas 75201
      (214)-880-4883 – Office
      (214)-751-6685 – Facsimile

      **ATTORNEY FOR PLAINTIFFS**

## Certificate Of Service

      I hereby certify that on **April 15, 2025**, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

                                  */s/ Daryl K. Washington*
                                  **Daryl K. Washington**